JOAN BIGGS, an Infant, by AILEEN REILLY BIGGS, Her Guardian ad Litem, Appellant, v. WARREN W. NISSLEY, Respondent.— Action for personal injuries sustained by plaintiff as the result of defendant's alleged negligent operation of his automobile causing a collision at a street intersection in Garden City, L. I., on October 12, 1931. Order denying plaintiff's motion to strike out the first and second affirmative defenses set forth in paragraphs numbered fifth and sixth of defendant's answer as sham, irrelevant and insufficient in law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RICH & WOLF, INC., and Others, Respondents, v. MADISON SQUARE-BRIEGER PRESS CORP., Appellant, Impleaded with Another.— Action for commissions based on written contracts whereby defendant corporation employed plaintiffs to procure a purchaser for certain machinery and equipment owned by defendant corporation. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JACKSON, Also Known as CHARLES HERBERT, and Others, Appellants.— Judgment convicting defendants of the crime of robbery in the first degree unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PHILIP RUBIN, Appellant, v. NAVARR & AMHERST, INC., Respondent.— Action for personal injuries alleged to have been sustained by the plaintiff in defendant's cafeteria, where plaintiff claims he slipped and fell as he was about to leave the cafeteria through the revolving door, after having paid his check. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ELINORE I. JOHNSON, Respondent, v. FRANCIS D. WINSLOW and Others, Appellants.—Action for conversion of certain bonds deposited by plaintiff with defendants. Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to modify by reducing the judgment to $4,878.28. [155 Misc. 170.]

In the Matter of the Application of JOHN M. HALLORAN, Petitioner, against LEWIS J. VALENTINE, Police Commissioner of the City of New York, Respondent.— Order of certiorari to review the determination of the police commissioner in dismissing petitioner from the position which he held as patrolman in the police department of the city of New York unanimously dismissed, and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.